AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee


FILED
JAN 1 2 2017
Clerk, U. S. District Court
Eastern District of Tennessee
at Knoxville

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>BLACK SAMSUNG CELL PHONE, MODEL<br>SM-B311V, MEID: A0000047606DD2. | )<br>)<br>)  Case No. 3:17-MJ-2003<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ____Eastern____ District of ____Tennessee____ *(identify the person or describe property to be searched and give its location)*:

BLACK SAMSUNG CELL PHONE, MODEL SM-B311V, MEID: A0000047606DD2, more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Please see Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ____18____ U.S.C. § ____1951____, and the application is based on these facts:

Please see the Affidavit of FBI TFO K. Todd Gilreath which is attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

FBI TFO K. Todd Gilreath
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-10-17

*Judge's signature*

City and state: Knoxville, Tennessee        H. Bruce Guyton, United States Magistrate Judge
*Printed name and title*